```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BERK-COHEN ASSOCIATES at TOR VIEW       :   08 CIV. 9963 (DLC)
VILLAGE APARTMENTS, L.L.C.,             :
                                        :
                Plaintiff,              :       PRETRIAL
                                        :   SCHEDULING ORDER
        -v-                             :
                                        :
LOEB HOUSE, INC., COUNTY OF ROCKLAND    :
and ROCKLAND COUNTY FAIR HOUSING BOARD, :
                                        :
                Defendants.             :
                                        :
----------------------------------------:
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                Plaintiff,              :   09 Civ. 4368 (DLC)
                                        :
        -v-                             :
                                        :
BERK-COHEN ASSOCIATES AT TOR VIEW       :
VILLAGE APARTMENTS, LLC,                :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/16/09**

DENISE COTE, District Judge:

   As set forth at the pretrial conference held on July 14, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **July 31, 2009.**

2. No additional parties may be joined or pleadings amended after **July 31, 2009.**

3. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **September 18, 2009** in order to pursue settlement discussions under his supervision.

4. All fact discovery must be completed by **February 13, 2010.**

5. Government's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **March 6, 2010**. The other parties' identification of experts and disclosure of expert testimony must occur by **March 27, 2010**.

6. All expert discovery must be completed by **April 10, 2010**.

7. The Joint Pretrial Order must be filed by **May 1, 2010**.

   As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

   All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

   Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

   Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

   Counsel will provide the Court with two (2) courtesy copy of all these documents at the time they are served, as well as one set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

Dated:   New York, New York
         July 16, 2009

                                         _____
                                              DENISE COTE
                                         United States District Judge